No. 94–1475. PRI-HAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5845. BRAY *v.* DOWLING ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–6929. WILKES ET AL. *v.* GOMEZ. C. A. 8th Cir. Certiorari denied.

No. 94–7101. RILEY *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 94–7309. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7480. MCCALL *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–7518. MORALES-MENDOZA ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7557. PINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7573. WILLETT *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–7585. PURGASON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7588. BYRD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7604. DOTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7630. BLAIR *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7632. FRIAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–7869. RAMOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.